■ FORT PLAIN FIRE DEPARTMENT, Respondent, v VILLAGE OF NELLISTON, Appellant.—Motion to dismiss appeal as untimely taken denied,

without costs. Since the notice of appeal was timely served, the late filing of the notice can and will be excused by the court (CPLR 5520, subd [a]; *Messner v Messner,* 42 AD2d 889). Koreman, P. J., Sweeney, Kane, Mahoney and Main, JJ., concur.